IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BELIEVE PURSUE LLC, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>THE INDIVIDUALS, CORPORATIONS, )<br>LIMITED LIABILITY COMPANIES, )<br>PARTNERSHIPS, AND UNINCORPORATED )<br>ASSOCIATIONS IDENTIFIED ON )<br>SCHEDULE A TO THE COMPLAINT, )<br>)<br>    Defendants. )<br>) | **Case No.: 1:23-cv-4474**<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge Sunil R. Harjani** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff BELIEVE PURSUE, LLC ("Plaintiff") Motion for a Preliminary Injunction (ECF 42 "Motion") against the 149 Defendants identified on Schedule A to the Complaint attached hereto (collectively, the "PI Defendants") and using at least the domain names and the online marketplace accounts identified in such Schedule A (the "Defendant Internet Stores"); and

**THE COURT** having reviewed the papers in support of and in opposition to the Motions (if any); and the Court having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and

This Court finds Plaintiff has provided notice to the PI Defendants identified on Schedule A attached hereto in accordance with the Temporary Restraining Order entered September 6, 2023 (ECF 29] ("TRO") and the Federal Rule of Civil Procedure 65(a)(1). (See ECF 41.)

This Court further finds, in the absence of adversarial presentation, that is has personal jurisdiction over the PI Defendants because the PI Defendants directly target their business

activities toward consumers in the United States, including Illinois, offering to sell and ship products into this Judicial District. Specifically, PI Defendants are reaching out to do business with Illinois residents can purchase products bearing counterfeit versions of the Believe Pursue products ("Counterfeit Products") bearing, using, or infringing upon Plaintiff's Believe Pursue trademarks, which are covered by at least U.S. Trademark Registration Nos. 4,350,556 (the "BELLABOOTY Trademark") and/or infringe Plaintiff's patented design for a hip thrust exercise belt, U.S. Patent No. D983,897 S (the "BELLABOOTY Patent"). PI Defendants have offered for sale and sold unauthorized Counterfeit Products bearing, using, or infringing on the Believe Pursue Trademark and Patent through accounts with online marketplace platforms including but not limited to Amazon.com, DHgate.com, Walmart.com, and Wish.com (the "Marketplace Platforms") held by PI Defendants (the "User accounts").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") entered on September 6, 2023 (ECF 29) and extended on September 20, 2023 (ECF 41), should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of the Motions and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, through the Declaration of Alisha Moriceau and accompanying evidence, Plaintiff has proved a prima facie case of trademark and patent infringement because (1) the BELLABOOTY Trademark is a distinctive mark and registered along with the BELLABOOTY patented design with the U.S. Patent and Trademark Office on the Principal Register, (2) PI

Defendants are not licensed or authorized to use the BELLABOOTY Trademark or Patented design (3) PI Defendants' use of the BELLABOOTY Trademark and/or Patented design is causing a likelihood of confusion as to the origin or sponsorship of PI Defendants' products with Plaintiff's. Furthermore, PI Defendants continued and unauthorized use of the BELLABOOTY Trademark and/or patented design irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by PI Defendants' actions.

Accordingly, this Court **ORDERS** that:

1. PI Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. Using the BELLABOOTY Trademark and/or Patented Design or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Believe Pursue product or not authorized by Plaintiff to be sold in connection with Plaintiff's BELLABOOTY Trademark and or Patented design;

    b. Passing off, inducing, or enabling others to sell or pass off any product as a genuine Believe Pursue product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's BELLABOOTY Trademark and/or Patented Design;

  c. Committing any acts calculated to cause consumers to believe that PI Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

  d. Further infringing the Plaintiff's BELLABOOTY Trademark and damaging Plaintiff's goodwill;

  e. Manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's BELLABOOTY Trademark and/or Patented Design, or any reproductions, counterfeit copies, or colorable imitations thereof;

  f. Using, linking to, transferring, selling, exercising control over, or otherwise owning the User Accounts, the Defendant Internet Stores, or any other domain name or online marketplace account that is being used to sell or is the means by which PI Defendants could continue to sell Counterfeit Products; and

  g. Operating and/or hosting websites and/or any other online presence registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's BELLABOOTY Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine Believe Pursue product or not authorized by Plaintiff to be sold in connection with the Plaintiff's BELLABOOTY Trademarks ("Defendant Domain Names").

  2. Each PI Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that the own and/or

operate (c) their financial accounts, including without limitation all accounts with Amazon, PayPal, payment processing service providers, banks, savings and loan associations, and any other financial institutions, and (d) the steps taken by each PI Defendant to comply with paragraph 1, a through, above.

3. The domain name registries for the PI Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, as Plaintiff's choosing:

a. Unlock and change the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court; or

b. Disable the Defendant Domin Names and make them inactive and untransferable until further ordered by this Court.

4. Those in privity with PI Defendant Domain Names and with actual notice of this Order, including the Marketplace Platforms and any other online marketplaces, any financial institutions, including without limitation (Contaxtlogic, Inc. ("Wish"), (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc. ("Payoneer"), (iv) Amazon Payment Systems, Inc. and Amazon.com, Inc. ("Amazon"), (v) Ping Pong Global Solutions, Inc. ("Ping Pong"), (vi) Coinbase Global, Inc. ("Coinbase"), (vii) LianLian Global t/as LL Pay U.S., LLC ("LianLian"), (viii) GoAllPay ("AllPay"), (ix) World First UK Ltd. ("World First"), (x) Paxful, Inc. ("Paxful"), (xi) Shopify, Inc. ("Shopify"), (xii) Stripe, Inc. ("Stripe"), (xiii) the Alibaba Group d/b/a Alibaba.com and Aliexpress.com ("Alibaba"), (xiv) other payment processing service providers, (xv) merchant

account providers, (xvi) payment providers, third party processors, (xviii_ banks, (xix) savings and loan associations, and (xx) credit card associations (e.g., MasterCard and VISA) (collectively "Financial Institutions"), social media platforms, Facebook, YouTube, Linkedin, Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall utilize any identifying information for the PI Defendants provided by Plaintiff and within three (3) business days of receipt of this Order:

    a.    Disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the BELLABOOTY Trademark and/or Patented Design, including any account associated with the PI Defendants listed on the attached Schedule A;

    b.    Disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing good using the BELLABOOTY Trademark, and

    c.    Take all steps necessary to prevent links to the Defendant Internet Stores identified on the Schedule A from displaying in search results, including, but not limited to, removing links to the PI Defendant Internet Stores from any search index.

    5.    PI Defendants and any third party with actual notice of this Order who is providing services for any of the PI Defendants, or in connection with any of PI Defendants' websites at the Defendant Internet Stores or other websites or any other online presence register or operated by Defendant Internet Stores or other websites or any other online presence registered or operated by Defendants, including, without limitation, the Marketplace Platforms and any other online marketplaces, Financial Institutions, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers,

merchant account providers, third party processors, shippers, and domain name registrars(collectively, the "Third Party Providers") shall utilize any identifying information for the PI Defendants provided by Plaintiff and within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

      a.    The identities and locations of PI Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

      b.    The nature of PI Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores, and PI Defendants' financial accounts, as well as providing a full accounting of PI Defendants' sales and listing history related to their respective Defendant Internet Stores;

      c.    The PI Defendant Internet Stores websites and/or other websites and/or any other online presence registered or operated by PI Defendants; and

      d.    Any financial accounts owned or controlled by PI Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any Financial Institution.

      6.    PI Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

7. The Marketplace Platforms and any other online marketplaces, and Financial Institutions shall, within five (5) business days of receipt of this Order, for any PI Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts connected to and related to PI Defendants, the Defendant Internet Stores, Defendants' websites and/or any other online presence registered or operated by PI Defendants, including, but not limited to, any accounts connected to the information listed in the Schedule A to the Complaint ("the Defendants' Accounts") and all other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets") and

b. Locate, attach, and restrain the transfer or disposing of monies or funds from PI Defendants' Accounts, as well as the transfer or disposing of PI Defendants' Assets, until further ordered by this Court.

8. Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, Plaintiff may provide notice of these proceeding to PI Defendants, including notice of the preliminary injunction and service of process, by delivery of (i) PDF copies of this Order, the Complaint, and other relevant documents and (ii) a link to a website where each PI Defendant will be able to download PDF copies of such documents, to PI Defendants' e-mail addresses as provided by the Financial Institutions and/or Marketplace Platforms and/or other third parties. The combination of providing notice via electronic publication or e-mail, along with any notice that PI Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise PI Defendants of the pendency of the action and afford them the opportunity to resent their objections.

9. Plaintiff's Schedule A to the Complaint (ECF 3) and the TRO (ECF 29) shall become unsealed.

10. Any PI Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

11. The five thousand dollars ($5,000.00) bond posted by Plaintiff (ECF 31) shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

<u>October 4, 2023</u>
     Date

Honorable Sharon Johnson Coleman
U.S. District Court Judge

**SCHEDULE A**

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1. | didi29455 | https://www.amazon.com/sp?seller=A21GDOF4IYZO2C |
| 2. | Hcshop | https://www.amazon.com/sp?seller=AO2VIN4V73MFE |
| 3. | jiamaojiatishangdian | https://www.amazon.com/sp?seller=A316MSUGUI5ZRR |
| 4. | zhiyewenh | https://www.amazon.com/sp?seller=AHCX4AY70WOI8 |
| 5. | aiyue2020 | https://www.dhgate.com/store/about-us/21553440.html |
| 6. | bohh | https://www.dhgate.com/store/about-us/21819849.html |
| 7. | chao07 | https://www.dhgate.com/store/about-us/21357708.html |
| 8. | jiz8 | https://www.dhgate.com/store/about-us/21817810.html |
| 9. | lquddv2317gx | https://www.dhgate.com/store/about-us/21749556.html |
| 10. | phonglongele02 | https://www.dhgate.com/store/about-us/21749715.html |
| 11. | s9v8 | https://www.dhgate.com/store/about-us/21818868.html |
| 12. | tb0w | https://www.dhgate.com/store/about-us/21819762.html |
| 13. | tianhuosx | https://www.dhgate.com/store/about-us/21630969.html |
| 14. | u4f8 | https://www.dhgate.com/store/about-us/21818423.html |
| 15. | womg | https://www.dhgate.com/store/about-us/21819467.html |
| 16. | ytbe | https://www.dhgate.com/store/about-us/21819300.html |
| 17. | 144mph-oz | https://www.ebay.com/usr/144mph-oz |
| 18. | 144mph-uk | https://www.ebay.com/usr/144mph-uk |
| 19. | chihyupi | https://www.ebay.com/usr/chihyupi |
| 20. | excellentsale004 | https://www.ebay.com/usr/excellentsale004 |
| 21. | frysk974 | https://www.ebay.com/usr/frysk974 |
| 22. | gaojian13 | https://www.ebay.com/usr/gaojian13 |
| 23. | gfar8ahy | https://www.ebay.com/usr/gfar8ahy |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 24. | kehuas-40 | https://www.ebay.com/usr/kehuas-40 |
| 25. | kelsap2016 | https://www.ebay.com/usr/kelsap2016 |
| 26. | longlishangmao | https://www.ebay.com/usr/longlishangmao |
| 27. | nohus-6050 | https://www.ebay.com/usr/nohus-6050 |
| 28. | tablode | https://www.ebay.com/usr/tablode |
| 29. | topoutlet2018 | https://www.ebay.com/usr/topoutlet2018 |
| 30. | xiyuanmio3 | https://www.ebay.com/usr/xiyuanmio3 |
| 31. | ydanqing-0 | https://www.ebay.com/usr/ydanqing-0 |
| 32. | yingenuous | https://www.ebay.com/usr/yingenuous |
| 33. | zheli254 | https://www.ebay.com/usr/zheli254 |
| 34. | zhouxiangjun13078720695 | https://www.ebay.com/usr/zhouxiangjun13078720695 |
| 35. | Zhendi Fu | https://www.etsy.com/shop/handmadeworld88 |
| 36. | All Mine Co.,Ltd | https://www.walmart.com/seller/101273537 |
| 37. | Beethoven.Co,Ltd | https://www.walmart.com/seller/101331148 |
| 38. | Best Way of Life Co.,Ltd | https://www.walmart.com/seller/101266619 |
| 39. | Bonsuk Co. Ltd | https://www.walmart.com/seller/101282184 |
| 40. | Brittany Co.,Ltd | https://www.walmart.com/seller/101242598 |
| 41. | BRRNOO | https://www.walmart.com/seller/101044630 |
| 42. | Ccdes Store | https://www.walmart.com/seller/101096878 |
| 43. | CZ TRADE Co.Ltd | https://www.walmart.com/seller/101268835 |
| 44. | De Xing Yang Store | https://www.walmart.com/seller/101135033 |
| 45. | DragonRockBK Co. Ltd | https://www.walmart.com/seller/101130063 |
| 46. | Ekeka | https://www.walmart.com/seller/101281377 |
| 47. | Exercabest Fitness Co. Ltd | https://www.walmart.com/seller/101176034 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 48. | First Choice For You | https://www.walmart.com/seller/101291222 |
| 49. | Good Choice Co.,Ltd | https://www.walmart.com/seller/101224539 |
| 50. | guangzhouyingdaishangmaoyouxiangongsi | https://www.walmart.com/seller/101275260 |
| 51. | handanshuzaiyunshangshuzikejiyouxiangongsi | https://www.walmart.com/seller/101270319 |
| 52. | HE FEI KUO JUAN WANG LUO KE JI YOU XIAN GONG SI | https://www.walmart.com/seller/101287949 |
| 53. | hefeiloumoliaoshangmaoyouxiang | https://www.walmart.com/seller/101294392 |
| 54. | Home Management Co.,Ltd | https://www.walmart.com/seller/101280609 |
| 55. | HuaShao LLC | https://www.walmart.com/seller/101250922 |
| 56. | Jingzhi Trading Co., Ltd. | https://www.walmart.com/seller/101239746 |
| 57. | Just For You | https://www.walmart.com/seller/101270319 |
| 58. | LINNAO Ltd | https://www.walmart.com/seller/101250922 |
| 59. | MEZOOM | https://www.walmart.com/seller/101175063 |
| 60. | Mightlink | https://www.walmart.com/seller/101139168 |
| 61. | MYYSE.Co,Ltd | https://www.walmart.com/seller/101334219 |
| 62. | Nanningkuanglieshang | https://www.walmart.com/seller/101291223 |
| 63. | Putianshilichengquzhanghaohaomaoyiyouxiangongsi | https://www.walmart.com/seller/101282928 |
| 64. | Raylon | https://www.walmart.com/seller/101085070 |
| 65. | Rong Yun Co. Ltd. | https://www.walmart.com/seller/101202636 |
| 66. | SEELOK | https://www.walmart.com/seller/101175091 |
| 67. | shanghaiquanxincanyinguanliyouxiangongsi | https://www.walmart.com/seller/101267467 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 68. | shanghairongrandianzikejiyouxiangongsi | https://www.walmart.com/seller/101232979 |
| 69. | shenzhenshifanyilinshipinyouxiangongsi | https://www.walmart.com/seller/101229077 |
| 70. | shenzhenshiweihanglingchuangwangluokejiyouxiangongsi | https://www.walmart.com/seller/101282270 |
| 71. | Superior Co.,Ltd | https://www.walmart.com/seller/101232105 |
| 72. | tai yuan hui sheng fei ke ji you xian gong si | https://www.walmart.com/seller/101279448 |
| 73. | taiyuanchimuerdianzishangwuyouxiangongsi | https://www.walmart.com/seller/101269687 |
| 74. | taiyuanweichenlishangmaoyouxiangongsi | https://www.walmart.com/seller/101288072 |
| 75. | Taiyuanzhuohanamaoyiyouxiangongsi | https://www.walmart.com/seller/101285431 |
| 76. | TAZEMAT | https://www.walmart.com/seller/101179025 |
| 77. | tonghexianlinglangshangmao | https://www.walmart.com/seller/101295606 |
| 78. | TOPM Co.,Ltd | https://www.walmart.com/seller/101275260 |
| 79. | Unbeatable Sale Store | https://www.walmart.com/seller/101290531 |
| 80. | Vinegarsun | https://www.walmart.com/seller/101212820 |
| 81. | Wanyihong STORE | https://www.walmart.com/seller/101092183 |
| 82. | Wenchangliuzuohushangmaoyouxiangongsi | https://www.walmart.com/seller/101285317 |
| 83. | xiangchengshizhangmeishangmao | https://www.walmart.com/seller/101293886 |
| 84. | xinhuadsh | https://www.walmart.com/seller/101182373 |
| 85. | Xinxiangheng | https://www.walmart.com/seller/101032445 |
| 86. | yang zhou qi xing ti yo yong pin you xian gong si | https://www.walmart.com/seller/101220017 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 87. | yantaitaihuichufangdianqijingxiaoyouxiangongsi | https://www.walmart.com/seller/101276403 |
| 88. | Yekida Trade Co., LTD d/b/a Cuhas | https://www.walmart.com/seller/101211402 |
| 89. | yiwushilayuhaochengkejiyouxiangongsi | https://www.walmart.com/seller/101195818 |
| 90. | YQT | https://www.walmart.com/seller/101297938 |
| 91. | yu tao ji dian zi | https://www.walmart.com/seller/101295087 |
| 92. | YUEteabar Co. Ltd | https://www.walmart.com/seller/101179028 |
| 93. | YZFUS LLC | https://www.walmart.com/seller/101131637 |
| 94. | ZEMAY.CO,Ltd | https://www.walmart.com/seller/101347782 |
| 95. | zhengzhoulianwushangmaoyouxiangongsi | https://www.walmart.com/seller/101266619 |
| 96. | zhengzhouxiajiashangmaoyouxiangongsi | https://www.walmart.com/seller/101129985 |
| 97. | 1480162439@qq.com | https://www.wish.com/merchant/58495f2ba55ed26a90ace0ce |
| 98. | 3268429405@qq.com | https://www.wish.com/merchant/58a97a92faf8d55103603ae5 |
| 99. | AbrO | https://www.wish.com/merchant/58acfd32c96d175073e12015 |
| 100. | Aimensan | https://www.wish.com/merchant/56e13bafe3749434d5a09fbf |
| 101. | arin366 | https://www.wish.com/merchant/5735489f6f9bef4a9346ae10 |
| 102. | BOYSyidian | https://www.wish.com/merchant/592ebcd64e43b3793fbbfedc |
| 103. | CCcation | https://www.wish.com/merchant/5ea940df724e392513b5806d |
| 104. | chenjingbaoxi | https://www.wish.com/merchant/5ebcacfe43c54c322b5f1514 |
| 105. | chenshumi | https://www.wish.com/merchant/5922cbf5980a345857d5941a |
| 106. | concord66 | https://www.wish.com/merchant/562773ad92af9f0fa34f846f |
| 107. | ercnana | https://www.wish.com/merchant/581b40c6dd991611243e562b |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 108. | FireGluvzDOTCOM | https://www.wish.com/merchant/63c7d5ce07f775c03d1103cc |
| 109. | fodsports | https://www.wish.com/merchant/5809f059ffbe4019a3c3d7af |
| 110. | FUJIAN C-long Flly Co.,Ltd | https://www.wish.com/merchant/55a7ba850e8245404e2c5f16 |
| 111. | Happiness in the Shop | https://www.wish.com/merchant/5d3d0e10e4b65d1d131e7286 |
| 112. | harford68 | https://www.wish.com/merchant/5627788692af9f0fa64f84ca |
| 113. | houg_uk2014 | https://www.wish.com/merchant/581b38e2854bcd10f40b5aad |
| 114. | hqb | https://www.wish.com/merchant/5947adaf8635f0214185d3d4 |
| 115. | JiangXLin | https://www.wish.com/merchant/60a8dd4132de5d3082ebcaa1 |
| 116. | jingjingen | https://www.wish.com/merchant/59746893905fdb5317eece00 |
| 117. | kuailechongbai | https://www.wish.com/merchant/5846caec4c0d6b4c9709698b |
| 118. | lclxihuantree | https://www.wish.com/merchant/5b12394f7e43f27e3f5eab69 |
| 119. | liuyumei | https://www.wish.com/merchant/5842d31a4845624e90eef682 |
| 120. | liuzhifen | https://www.wish.com/merchant/5933d44997555e750bf29133 |
| 121. | lizixiao | https://www.wish.com/merchant/59358099217d5f491ef90847 |
| 122. | LOVEMG110.TOGO | https://www.wish.com/merchant/584ae650a55ed2097cd5ff5a |
| 123. | martakmg | https://www.wish.com/merchant/5875c2c5105e244d4bc7b877 |
| 124. | mengmengmaliu | https://www.wish.com/merchant/5982e5f13eb22a5ace42d66b |
| 125. | mizhg_us | https://www.wish.com/merchant/5899c8651bcdf44f4d0088fe |
| 126. | mt19961020@163.com | https://www.wish.com/merchant/594bda2453ebe234bc4691c5 |
| 127. | Otecola | https://www.wish.com/merchant/617225e2a094798b76b1934e |
| 128. | oyl54454 | https://www.wish.com/merchant/5dca282f70551105a73ddff0 |
| 129. | palmdale | https://www.wish.com/merchant/56408c43e09d87126ab98842 |
| 130. | qiaolei | https://www.wish.com/merchant/5840eb42ef56286d8924d73c |
| 131. | renttao | https://www.wish.com/merchant/59338aa63f22ec6b26fbbed8 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 132. | Rodoho | https://www.wish.com/merchant/6369b6d628c07a613fdaba44 |
| 133. | sabrina ladies | https://www.wish.com/merchant/592d47560a82085a3abe94c6 |
| 134. | shiqinnaxie | https://www.wish.com/merchant/597432c2cdf329717fff296c |
| 135. | simivalley | https://www.wish.com/merchant/56499c9e2e5396129cc81c9f |
| 136. | StarstruckPiercings | https://www.wish.com/merchant/587a0ef3d878074d4ca68972 |
| 137. | taowanwan | https://www.wish.com/merchant/5847cd705eee8869caadaed6 |
| 138. | Tit is jewelry | https://www.wish.com/merchant/5812293671ee191977fafb64 |
| 139. | tongyanxiaoyu | https://www.wish.com/merchant/59bd264330e1f324bb95125b |
| 140. | trenton | https://www.wish.com/merchant/56432ef5dfb6b1289453fe95 |
| 141. | TropicalParadise | https://www.wish.com/merchant/57ee2e936a20961027ed12dd |
| 142. | wuyuetian | https://www.wish.com/merchant/58da38286c7bee5353fed70a |
| 143. | xiaofandianpu | https://www.wish.com/merchant/58d35cbe9575e357dae87c4c |
| 144. | xinlihanlight | https://www.wish.com/merchant/5ebce2a443c54c6e1c5f125c |
| 145. | xiyoudrink | https://www.wish.com/merchant/577f6e36fe80a419ab1adc9b |
| 146. | YINGDUOMILA | https://www.wish.com/merchant/594f4319c25081470f45c84d |
| 147. | youyoutiandi3 | https://www.wish.com/merchant/594792ffaccc20235128f6a9 |
| 148. | zhangmenyuan | https://www.wish.com/merchant/59803ce29fbc51081a896e98 |
| 149. | zm748788967 | https://www.wish.com/merchant/58b3f54334ecb25123dfe04f |